UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-22587-CIV-SCOLA/Otazo-Reyes

SILVIO CAYETANO BARRETO MACIAS,  )
*and all others similarly situated under 29*  )
*U.S.C. § 216(b)*,  )
)
        Plaintiff,  )
vs.  )
)
MIAMI TERMINAL COLD STORAGE,  )
LLC, LEE E SIGLER,  )
)
        Defendants.  )
_____  )

## PLAINTIFF'S STATEMENT OF CLAIM

**COMES NOW** Plaintiff, by and through undersigned counsel, pursuant to Court Order entered on July 15, 2015 [D.E. 7], and Plaintiff's Initial Complaint filed July 9, 2015 [D.E. 1], and hereby files Plaintiff's Statement of Claim[1], and states as follows:

A. **Federal Minimum Wage Claim:**

1. Period Claimed: June 1, 2012 – June 4, 2013

    a.    Weeks:  52

    b.    Hours (worked per week):  63

    c.    Minimum wage:  $7.25/hr

    d.    Wage paid:  $7.14/hr

    e.    Wage owed:  $0.11/hr

    f.    Amount owed:  $0.11/hr  x  63 hrs/week  x  52 weeks  =  $360.36.

---

[1] Plaintiff also seeks to include a minimum wage claim under Florida Statutes. However, he is still fulfilling the notice requirements. Plaintiffs reserves the right to amend this statement of claim once the notice provisions have been fulfilled and the Complaint amended.

**B. Federal Overtime Wage Claim:**

   1. <u>Period Claimed: June 1, 2012 – June 4, 2013</u>

      a.    <u>Weeks:</u>  52

      b.    <u>Hours (worked per week):</u>  63

      c.    <u>Overtime hours claimed per week:</u>  23

      d.    <u>Minimum wage:</u>  $7.25/hr

      e.    <u>Applicable half-time overtime wage:</u>  $3.62/hr

      f.    <u>Amount owed:</u>  $3.62/hr  x  23 hrs/week  x  52 weeks  =  $4,329.52

   2. <u>Period Claimed: June 5, 2013 – July 19, 2015</u>

      a.    <u>Weeks:</u>  110 (rounded down)

      b.    <u>Hours (worked per week):</u>  75

      c.    <u>Overtime hours claimed per week:</u>  35

      d.    <u>Hourly wage (average):</u>  $7.33/hr

      e.    <u>Applicable half-time overtime wage:</u>  $3.66/hr

      f.    <u>Amount owed:</u>  $3.66/hr  x  35 hrs/week  x  110 weeks  =  $14,091.00

Calculation of Total Claim: $360.36  +  $4,329.52  +  $14,091.00  =  $18,780.88.

Liquidated Damages: $18,780.88  x  2  =  $37,561.76, plus attorney's fees and costs.

   Respectfully submitted this August 5, 2015.

                                                   J.H. Zidell, P.A.
                                                   300 71st Street, Suite 605
                                                   Miami Beach, Florida 33141
                                                   Tel: (305) 865-6766
                                                   Fax: (305) 865-7167
                                                   *Attorneys for Plaintiff*

                                                   By: <u>/s/ Julia M. Garrett</u>
                                                   Julia M. Garrett, Esq.
                                                   jgarrett.jhzidellpa@gmail.com
                                                   Florida Bar Number: 105151

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on August 5, 2015, and that no attorney has appeared on behalf of Defendants as of this filing.

>J.H. Zidell, P.A.
>300 71st Street, Suite 605
>Miami Beach, Florida 33141
>Tel: (305) 865-6766
>Fax: (305) 865-7167
>*Attorneys for Plaintiff*
>
>By: /s/ Julia M. Garrett
>Julia M. Garrett, Esq.
>jgarrett.jhzidellpa@gmail.com
>Florida Bar Number: 105151