UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:15-cv-22587-RNS
CIVIL DIVISION
Judge: SCOLA
Magistrate: OTAZO-REYES

SILVIO CAYETANO BARRETO
MACIAS and all others similarly situated
under 29 U.S.C. § 216(b),

        Plaintiff,

v.

MIAMI TERMINAL COLD STORAGE,
LLC, and LEE E. SIGLER,

        Defendants.

_____

## DEFENDANTS' *UNOPPOSED* MOTION FOR ENLARGEMENT OF TIME TO SERVE RESPONSE TO THE COMPLAINT

Defendants, Miami Terminal Cold Storage, LLC, and Lee E. Sigler (the "Defendants"), by their undersigned counsel, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, request this Court to grant an enlargement of time, up to and including September 3, 2015, in which Defendants may file and serve their response to the Complaint and state as follows:

1. On July 9, 2015, the Plaintiff, Silvio Cayetano Barreto Macias, (the "Plaintiff") filed his Complaint against Miami Terminal Cold Storage and Mr. Sigler (the "Complaint").

2. Defendants were served on July 13, 2015 by certified mail.

3. Counsel for defendants was just recently retained and has not yet obtained all necessary documents and information necessary to evaluate the matter.

4. Further, counsel for the parties have agreed to explore early resolution of the claims in this lawsuit, in an effort to avoid protracted and expensive litigation.

5. Accordingly, Defendants respectfully request an extension of the deadline for them to serve their response to the Complaint through and including September 3, 2015.

1

SL1 1377091v1 109720.00001

6. No prejudice will result from the Court granting this request and this Motion is not being filed for purposes of delay. Fed. R. Civ. P. 6(b)(1) states: "When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." "[A]n application under Rule 6(b) (1) normally will be granted in the absence of bad faith or prejudice to the adverse party." C Wright & A. Miller, *Federal Practice & Procedure* § 1165 (1987). For the reasons set forth above, the Court should grant the Motion.

7. A proposed Order granting the relief requested herein has been filed with this Motion.

WHEREFORE, Defendants, Miami Terminal Cold Storage, LLC, and Lee E. Sigler, respectfully request that the Court grant them an enlargement of time through and including until September 3, 2015, within which to file their response to Plaintiff's Complaint and such other and further relief as is just and proper.

[signatures on next page]

SL1 1377091v1 109720.00001

### Certificate of Good Faith Conference Pursuant to S.D. Fla. Rule 7.1

I hereby certify that counsel for the movant has conferred with counsel for Plaintiff in a good faith effort to resolve the issues raised in the Motion and Plaintiff does not oppose the relief requested in the Motion.

Dated: August 7, 2015        By: /s/ David R. Heffernan
                                  David R. Heffernan
                                  Florida Bar No.: 0893005
                                  david@kairelaw.com
                                  Kaire & Heffernan, LLC
                                  80 SW 8th Street, #1710
                                  Miami, FL 33130
                                  Telephone: (305) 372-0123
                                  Fax:       (786) 261-0348

                                  *Attorneys for Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of August, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of electronic filing.

                                  By: */s/ David R. Heffernan*

SL1 1377091v1 109720.00001

## SERVICE LIST

*United States District Court*
*Southern District of Florida*

Case No.: 15-22587-CIV-SCOLA

| | |
|---|---|
| Elizabeth Olivia Hueber, Esq.<br>J.H. Zidell, P.A.<br>300 71st Street, Suite 605<br>Miami Beach, FL 33141<br>Phone: (305) 865-6766<br>Fax: (305) 865-7167<br><br>Julia M. Garrett, Esq.<br>J.H. Zidell, P.A.<br>300 71st Street, Suite 605<br>Miami Beach, FL 33141<br>Phone: (305) 865-6766<br>Fax: (305) 865-7167<br><br>***Attorneys for Silvio Cayetano Barreto Macias*** | David R. Heffernan, Esq.<br>Kaire & Heffernan, LLC<br>80 SW 8th Street, #1710<br>Miami, FL 33130<br>Phone: 305-372-0123<br>Fax:   786-261-0348<br><br><br>STEVENS & LEE, P.C.<br><br>Jo Bennett<br>jb@stevenslee.com<br>Stevens & Lee, P.C.<br>1818 Market Street, 29th Floor<br>Philadelphia, PA 19103<br>Phone: (215) 751-2883<br>Fax: (610) 988-0869<br><br>***Attorneys for Defendants*** |