UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:15-cv-22587-RNS
CIVIL DIVISION
Judge:  SCOLA
Magistrate:  OTAZO-REYES

| | |
|---|---|
| SILVIO CAYETANO BARRETO MACIAS, *and all others similarly situated under 29 U.S.C. § 216(b)* | : : : |
| Plaintiff, | : : |
| vs. | : : |
| MIAMI TERMINAL COLD STORAGE, LLC, LEE E. SIGLER, | : : |
| Defendants. | : |

### DEFENDANTS' RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM

**COMES NOW** Defendants, by and through undersigned counsel, pursuant to Court Order entered on July 15 (Dkt #7), Defendants' Response to Plaintiff's Statement of Claim, and states as follows:

**A.  Federal Minimum Wage Claim:**

**Plaintiff's Claim:** Plaintiff claims that he was not paid the federal minimum wage for the period June, 1, 2012 through June 4, 2013.

**Defendants' Response:** Plaintiff was compensated under a fluctuating workweek plan, but Defendants deny that Plaintiff was not paid the federal minimum wage under the plan. Further, Defendants deny that any violation that may have occurred was willful or that Plaintiff may recover for any claim that arose prior to July 9, 2013, if the two-year limitations period applies, or prior to July 9, 2012, if the three-year limitations period applies.

1

**B. Federal Overtime Wage Claim:**

1. <u>Period Claimed:  June 1, 2012 – June 4, 2013</u>

**Plaintiff's Claim:** Plaintiff alleges that he worked 63 hours per week from June 1, 2012 through June 4, 2013, and that he is entitled to 23 hours of overtime pay each week during this time frame, claiming total overtime pay for this period in the amount of $4,329.52.

**Defendants' Response:** Defendants deny that Plaintiff worked 63 hours per week from June 1, 2012 through June 4, 2013.  Therefore, Plaintiff is not entitled to the overtime claimed.  Further, Defendants deny that any violation that may have occurred was willful or that Plaintiff may recover for any claim that arose prior to July 9, 2013, if the two-year limitations period applies, or prior to July 9, 2012, if the three-year limitations period applies.

By way of further response, and as a result of this lawsuit, Defendants have identified certain instances in which the corporate defendant may have miscalculated the premium paid to Plaintiff for hours worked in excess of 40 in a workweek.  Defendants estimate that the unpaid overtime wages for the time period July 9, 2012 through June 4, 2013 would approximate $500.

2. <u>Period Claimed:  June 5, 2013 – July 19, 2015</u>

**Plaintiff's Claim:** Plaintiff alleges that he worked 75 hours per week from June 5, 2013 through July 19, 2015, and that he is entitled to 35 hours of overtime pay each week during this time frame, claiming total overtime pay for this period in the amount of $14,091.00.

**Defendants' Response:** Defendants deny that Plaintiff worked 75 hours per week from June 5, 2013 through July 19, 2015.  Therefore, Plaintiff is not entitled to the overtime claimed.  Further, Defendants deny that any violation that may have occurred was willful or that Plaintiff may recover for any claim that arose prior to July 9, 2013.

By way of further response, and as a result of this lawsuit, Defendants have identified certain instances in which the corporate defendant may have miscalculated the premium paid to

2

Plaintiff for hours worked in excess of 40 in a workweek.  Defendants estimate that the unpaid overtime wages for the time period June 5, 2013 through July 19, 2015 would approximate $5,500.

**Calculation of Total Claims:**

Plaintiff claims minimum wage and overtime wages in the amount of $18,780.88, an equal amount of liquidated damages, plus attorney's fees and costs.

Defendants respond that any miscalculation of unpaid overtime wages was not willful and that it acted in good faith to comply with the FLSA, thereby making any award of liquidated damages unjust. Defendants continue to review the matter, but believe that any claim for unpaid overtime wages approximates $6,000.

                                        Respectfully submitted,

Dated:  August 24, 2015         By:  */s/  David R. Heffernan*
                                        David R. Heffernan, Esquire
                                        Florida Bar No.:  0893005
                                        david@kairelaw.com
                                        Kaire & Heffernan, LLC
                                        80 SW 8th Street, #1710
                                        Miami, FL  33130
                                        Telephone:  (305) 372-0123
                                        Fax:  (786) 261-0348

                                        *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24st day of August, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of electronic filing.

By:   */s/ David R. Heffernan*
      David R. Heffernan

## SERVICE LIST

*United States District Court*
*Southern District of Florida*

Case No.:  15-22587-CIV-SCOLA

| | |
|---|---|
| Elizabeth Olivia Hueber, Esquire<br>J.H. Zidell, P.A.<br>300 71st Street, Suite 605<br>Miami Beach, FL  33141<br>Phone:  (305) 865-6766<br>Fax:  (305) 865-7167<br><br>Julia M. Garrett, Esquire<br>J.H. Zidell, P.A.<br>300 71st Street, Suite 605<br>Miami Beach, FL  33141<br>Phone:  (305) 865-6766<br>Fax:  (305) 865-7167<br><br>Jamie H. Zidell, Esquire<br>J.H. Zidell, P.A.<br>300 71st Street, Suite 605<br>Miami Beach, FL  33141<br>Phone:  (305) 865-6766<br>Fax:  (305) 865-7167<br><br><br>***Attorneys for Silvio Cayetano Barreto Macias*** | David R. Heffernan, Esquire<br>Kaire & Heffernan, LLC<br>80 SW 8th Street, #1710<br>Miami, FL  33130<br>Phone:  305-372-0123<br>Fax:  786-261-0348<br><br><br>STEVENS & LEE, P.C.<br><br>Jo Bennett<br>jb@stevenslee.com<br>Stevens & Lee, P.C.<br>1818 Market Street, 29th Floor<br>Philadelphia, PA  19103<br>Phone:  (215) 751-2883<br>Fax:  (610) 988-0869<br><br>***Attorneys for Defendants*** |

08/24/2015 SL1 1379554v1 109720.00001