UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-22587-CIV-SCOLA

SILVIO CAYETANO BARRETO MACIAS,

        Plaintiff,

vs.

MIAMI TERMINAL COLD STORAGE, LLC, and LEE E. SIGLER,

        Defendants.

_____

**MOTION FOR EXTENSION OF TIME REGARDING SELECTION OF MEDIATOR**

Plaintiff, by and through undersigned Counsel, and hereby request that the Court grant an extension of time to the Court's current Deadline to file Proposed Order Scheduling Mediation as set forth in the Court's Scheduling Order, and in support thereof state as follows:

1. This Court ordered that the parties shall select a mediator on or before November 30, 2015. Plaintiff's counsel has attempted to come to an agreement with Defendant's counsel regarding a selection of a mediator, but has been unable to come to an agreement prior to this date.

2. Plaintiff's counsel acknowledges that this concern regarding the scheduling of a mediator might not have been a concern if Plaintiff's counsel had made supplemental attempts to work with Defendant's counsel prior to November 30, 2015.

3. Plaintiff's counsel advises the Court that Plaintiff's counsel's firm recently lost the valued counsel of Julia M. Garrett [DE 22], and has retained the services of the undersigned. This, coupled with the Thanksgiving holiday, complicated the conferral process with Defendant's counsel.

4. Plaintiff requests that this Court grant Plaintiff until Friday, December 4, 2015, to select a mediator. Plaintiff does not anticipate any further delays.

5. In light of the circumstances of this matter, Plaintiff's Counsel requests that the Court enter an Order extending the time of the Deadline to file Proposed Order Scheduling Mediation.

## CERTIFICATE OF GOOD FAITH CONFERRAL

Plaintiff's Counsel sent one email and placed on a telephone call and left a voicemail to Defendants' Counsel Jo Bennett on November 30, 2015 to ascertain Defendants' position on this matter. Defendant's counsel has been unable to provide Plaintiff's counsel with a selection of mediator, or, her position on seeking an extension of time to file this Motion.

Respectfully submitted,

Stephen M. Fox Jr, Esq.
J.H. Zidell, P.A.
Attorney for Plaintiffs
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167

By:_/s/ Stephen M. Fox Jr _____
   Stephen M. Fox Jr, Esq.
   Florida Bar No.: 0110359

## CERTIFICATE OF SERVICE:

I hereby certify that a true and correct copy of the foregoing Plaintiff's Motion for Extension of Time was served via CM/ECF to Jo Bennett, Esq. 1818 Market Street, 29th Flr., Philadelphia, PA 19103, Phone: (215) 751-2883, email: jb@stevenslee.com on this 30th day of November, 2015.

Stephen M. Fox Jr, Esq.
J.H. Zidell, P.A.

          Attorney for Plaintiffs
          300 71st Street, Suite 605
          Miami Beach, Florida 33141
          Tel: (305) 865-6766
          Fax: (305) 865-7167

          By:_/s/ Stephen M. Fox Jr _____
           Stephen M. Fox Jr, Esq.
           Florida Bar No.: 0110359