UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-22587-CIV-SCOLA/OTAZO-REYES

SILVIO CAYETANO BARRETO MACIAS,
and CARLOS DAVILA URBINA,

      Plaintiffs,

v.

MIAMI TERMINAL COLD STORAGE,
LLC., and LEE E. SIGLER,

      Defendants.
_____/

## NOTICE OF OUTCOME OF SETTLEMENT CONFERENCE

On January 7, 2016, the undersigned conducted a settlement conference. The parties were unable to reach an agreement.

The undersigned RESPECTFULLY RECOMMENDS that the trial schedule be extended to give the parties the opportunity to conduct further discovery.

RESPECTFULLY SUBMITTED in Miami, Florida on this 7th day of January, 2016.

                                                             ALICIA M. OTAZO-REYES
                                                             UNITED STATES MAGISTRATE JUDGE

cc:    United States District Judge Robert N. Scola, Jr.
        Counsel of Record