UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-cv-22587-OTAZO-REYES

**CONSENT CASE**

SILVIO CAYETANO BARRETO MACIAS,
and CARLOS DAVILA URBINA,

    Plaintiffs,

v.

MIAMI TERMINAL COLD STORAGE,
LLC., and LEE E. SIGLER,

    Defendants.
_____/

**SCHEDULING ORDER AND ORDER RE: MOTIONS**

THIS CAUSE came before the Court for Status Conference on March 31, 2016. At the Status Conference, the undersigned also addressed Defendants Miami Terminal Cold Storage, LLC. and Lee E. Sigler's ("Defendants") Motion for Judgment on the Pleadings [D.E. 40]; and Plaintiffs Silvio Cayetano Barreto Macias and Carlos Davila Urbina's ("Plaintiffs") Unopposed Motion for Extension of Time to Conduct Discovery [D.E. 52]. In accordance with the undersigned's rulings at the Status Conference, it is

ORDERED AND ADJUDGED as follows:

1. The parties have **10 days** to supplement their briefs on the Motion for Judgment on the Pleadings [D.E. 40].

2. The Unopposed Motion for Extension of Time to Conduct Discovery [D.E. 52] is GRANTED. All pretrial deadlines are extended by **90 days**.

3. The Pretrial Conference is hereby **SET** for **Wednesday, October 19, 2016, at 2:00 P.M. at the United States District Court, 301 North Miami Avenue, Miami, Florida, Tenth Floor**.

4. The Jury Trial is specially **SET** to commence on **Monday, November 7, 2016, at 9:00 A.M. at the United States District Court, 301 North Miami Avenue, Miami, Florida, Tenth Floor.** Five days have been set aside for the trial.

5. If the case is settled, counsel are directed to inform the Court promptly at (305) 523-5740 and to submit an appropriate Order for Dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1). Such Order must be filed within ten (10) days of notification of settlement to the Court.

DONE AND ORDERED in Miami, Florida this 31st day of March, 2016.

_____
ALICIA M. OTAZO REYES
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record