UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-cv-22587-OTAZO-REYES

**CONSENT CASE**

SILVIO CAYETANO BARRETO MACIAS,
and CARLOS DAVILA URBINA,

    Plaintiffs,

v.

MIAMI TERMINAL COLD STORAGE,
LLC., and LEE E. SIGLER,

    Defendants.
_____/

**AMENDED JOINT SCHEDULING ORDER**

THIS CAUSE came before the Court upon the Parties' Joint Motion to Amend Scheduling Order [D.E. 64]. Upon due consideration, it is

ORDERED AND ADJUDGED as follows:

1. The following deadlines shall apply in this case:

| | |
|---|---|
| August 29, 2016 | Deadline to complete fact discovery.<br><br>Deadline to disclose the identity of expert witnesses, and to exchange expert witness summaries/reports pursuant to Federal Rule of Civil Procedure 26(a)(2). Rebuttal disclosures are permitted, and must conform to the deadline set forth in Federal Rule of Civil Procedure 26(a)(2)(C)(ii). |
| September 12, 2016 | Deadline for the filing of all dispositive motions. |
| October 17, 2016 | Deadline to complete all expert discovery. |
| November 7, 2016 | Deadline for the filing of pretrial motions, including motions in limine and Daubert motions. |

| December 12, 2016 | Deadline to file joint pretrial stipulation pursuant to Local Rule 16.1(e) and pretrial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(3). |
|---|---|
| December 29, 2016 | Deadline to file proposed jury instructions (if the matter is set for a jury trial) or proposed findings of fact and conclusions of law (if the matter is set for a bench trial) pursuant to Local Rule 16.1(k). |

2. The Pretrial Conference is hereby **SET** for **Tuesday, December 20, 2016, at 2:00 P.M. at the United States District Court, 301 North Miami Avenue, Miami, Florida, Tenth Floor**.

3. The Jury Trial is specially **SET** to commence on **Monday, January 16, 2017, at 9:00 A.M. at the United States District Court, 301 North Miami Avenue, Miami, Florida, Tenth Floor**. Five days have been set aside for the trial.

4. If the case is settled, counsel are directed to inform the Court promptly at (305) 523-5740 and to submit an appropriate Order for Dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1). Such Order must be filed within ten (10) days of notification of settlement to the Court.

DONE AND ORDERED in Miami, Florida this 10th day of June, 2016.

_____
ALICIA M. OTAZO REYES
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record