**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 15-cv-22587-OTAZO-REYES

SILVIO CAYETANO BARRETO MACIAS,
CARLOS DAVILA URBINA, *and all others*
*similarly situated under 29 U.S.C. § 216(b)*,

Plaintiffs,

v.

MIAMI TERMINAL COLD STORAGE,
LLC, LEE SIGLER,

Defendants.
_____/

## JOINT MOTION FOR STATUS CONFERENCE

The Parties, by and through their respective Undersigned Counsel, hereby file their Joint Motion for Status Conference, and in support of which state as follows:

1. On June 10, 2016, this Court entered an amended joint scheduling order in this matter, setting aside five days for trial, with the first day of trial set to commence on Monday, January 16, 2017. [DE #65].

2. Monday, January 16, 2017 marks the observed federal holiday of Martin Luther King, Jr. Day, on which the Court is closed.

3. The Parties, therefore, request a telephonic status conference for the purposes of clarification of the commencement of trial in this matter.

4. This Motion is made in good faith, in an attempt to comply with the Court's pretrial instructions and is not made for the purpose of delay.

1

WHEREFORE, the Parties hereby request that the Court hold a telephonic status conference to clarify the commencement date of trial in this matter, and any other relief the Court deems just and proper.

## CERTIFICATE OF COMPLIANCE WITH L.R. 7.1

The undersigned counsel hereby certifies that, prior to filing this Motion he has conferred with Plaintiff's counsel, Allyson Kutner Morgado, Esq, regarding the relief requested herein, and that Ms. Morgado has joined the motion.

Respectfully submitted, jointly, on this 14th day of October, 2016.

| | |
|---|---|
| J.H. Zidell, P.A. | Lubell Rosen |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| 300 71st Street, Suite 605 | 900 S Andrews Ave, Ste. 900 |
| Miami Beach, Florida 33141 | Fort Lauderdale, FL 33301 |
| Tel: (305) 865-6766 | 954-880-9500 |
| Fax: (305) 865-7167 | Fax: 954-755-2993 |
| | |
| By: /s/ *Allyson Kutner Morgado, Esq* | By: */s/ Adi Amit* |
| Allyson Kutner Morgado, Esq | Adi Amit |
| Florida Bar No.: 91506 | Florida Bar No.: 35257 |
| Email: amorgado.jhzidellpa@gmail.com | Email: adi@lubellrosen.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 14, 2016, I electronically filed the foregoing document with the clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:____/s *Adi Amit*_____
    Adi Amit, Esquire
    Florida Bar No: 35257

## SERVICE LIST

*Macias, et al., v. Miami Terminal Cold Storage*
Case No. 15-cv-22587-OTAZO-REYES

| | |
|---|---|
| J.H. Zidell, P.A. | Lubell Rosen |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| 300 71st Street, Suite 605 | 900 S Andrews Ave, Ste. 900 |
| Miami Beach, Florida 33141 | Fort Lauderdale, FL 33301 |
| Tel: (305) 865-6766 | 954-880-9500 |
| Fax: (305) 865-7167 | Fax: 954-755-2993 |
| | |
| By: /s/ *Allyson Kutner Morgado, Esq* | By: */s/ Adi Amit* |
| Allyson Kutner Morgado, Esq | Adi Amit |
| Florida Bar No.: 91506 | Florida Bar No.: 35257 |
| Email: amorgado.jhzidellpa@gmail.com | Email: adi@lubellrosen.com |