UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 15-cv-22587-OTAZO-REYES

[Consent Case]

SILVIO CAYETANO BARRETO MACIAS,
CARLOS DAVILA URBINA, *and all others
similarly situated under 29 U.S.C. § 216(b)*,

Plaintiffs,

v.

MIAMI TERMINAL COLD STORAGE,
LLC, LEE SIGLER,

Defendants.
_____/

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME**

THIS CAUSE, having come before the Court upon The Parties' Joint Motion for Extension of Time [DE #77], filed herein on January 20, 2017, and the Court having considered the motion, and is otherwise fully advised in the premises, it is hereby ORDERED and ADJUDGED that:

1. The Parties' Joint Motion is hereby GRANTED.

2. The Parties shall file their Joint Pretrial Stipulations, Joint Pretrial Disclosures, and Joint Proposed Jury Instructions on or before January 24, 2017.

DONE AND ORDERED in Miami, Florida, this 20th day of January, 2017.

_____
HONORABLE ALICIA OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

Copies to: Counsel of Record