UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-22587-CIV-Otazo-Reyes

SILVIO CAYETANO BARRETO MACIAS, )
CARLOS DAVILA URBINA, *and all others* )
*similarly situated under 29 U.S.C. § 216(b)*, )
  )
  Plaintiffs, )
vs. )
  )
MIAMI TERMINAL COLD STORAGE, )
LLC, LEE E SIGLER, )
  )
  Defendants. )
_____ )

**NOTICE OF UNILATERAL FILING OF SUPPLEMENTAL PLAINTIFFS' ISSUE FOR DETERMINATION BY JURY**

Plaintiff, by and through Undersigned Counsel, notes that upon conferral with Senior Counsel Undersigned Counsel was found to have left the damages available for emotional distress and mental anguish, along with all other damages listed under 29 U.S.C. 215a(3) and 29 U.S.C. 216(b), for the wrongful discharge claim. Undersigned Counsel was unable to confer with Defense Counsel on same, as Defense Counsel had left for the day, but wanted to preserve these issues for trial. As these are to be listed under Plaintiff's issues to be determined by a jury, they should require no conferral. Plaintiff reserves said damages as jury issues to be decided at trial.

Respectfully Submitted,

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
 Fax: (305) 865-7167
*Attorneys for Plaintiff*

1

By: /s/ Joshua H. Sheskin
Joshua H. Sheskin, Esq.
Jsheskin.jhzidellpa@gmail.com
Florida Bar Number: 93028

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on January 24, 2017.

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
*Attorneys for Plaintiff*

By: /s/ Joshua Sheskin
Joshua H. Sheskin, Esq.
Jsheskin.jhzidellpa@gmail.com
Florida Bar Number: 93028